JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SADDAM S. SAMAAN,<br>Petitioner,<br>v.<br>M. BOWEN, et al.,<br>Respondents. | Case No. EDCV 25-3288 MWC (PVC)<br>**JUDGMENT**<br>**JS-6** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED THAT:

(1) Petitioner's Motion for to Leave to File Supplement to Reply (Dkt No. 34) is GRANTED;

(2) Petitioner's Petition for Writ of Habeas Corpus is GRANTED IN PART;

(3) Respondent is ORDERED to provide Petitioner **Saddam Samaan Daoud Samaan, A Number: 041707822,** with an individualized bond hearing before an Immigration Judge, within fourteen days of the date of this Order, and if Respondent fails to do so, release Petitioner under appropriate conditions of supervision;

(4) Petitioner's request for immediate release is DENIED;

(5) Petitioner's requests for an evidentiary hearing, discovery, and subpoenas are DENIED;

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 9, 2026

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE